UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH METZGER, II, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:06CV999 HEA |
| | ) |
| JEREMIAH W. "JAY" NIXON, | ) |
| | ) |
| Respondent, | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of William Joseph Metzger, II for Writ of Habeas Corpus is denied.

Dated this 18th day of September, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE